# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **ANTHONY RASHAD BROWN,** ) | |
| **#13710-003,** ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION 2:18-00029-KD-B** |
| ) | **CIVIL ACTION 2:20-00503-KD-B** |
| **UNITED STATES OF AMERICA,** ) | |
|     Respondent. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed,[1] the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 30, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Anthony Rashad Brown's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (Doc. 90) is **DENIED**, this action is **DISMISSED with prejudice,** and any requests for a certificate of appealability or for permission to appeal *in forma pauperis* are **DENIED**.

**DONE** and **ORDERED** this the **20th** day of **September 2022.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**

---

[1] Brown was provided with additional time within to file any Objections; however, he did not file any Objections by that deadline of August 15, 2022. (Doc. 102).